IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEREMY WAYNE STEVENS**                                                                 **PLAINTIFF**

v.                               Case No. 4:23-cv-01134-KGB

**JODI RAINES DENNIS**                                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on September 3, 2024, it is considered, ordered, and adjudged that plaintiff Jeremy Wayne Stevens's complaint is dismissed with prejudice (Dkt. No. 1). The relief sought is denied.

It is so adjudged this 2nd day of October, 2024.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge